[No. 24458-0-III. Division Three. August 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00824-6, Robert D. Austin, J., entered August 2, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 52191-8-I. Division One. August 28, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER SCOTT BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10117-4, Harry J. McCarthy, J., entered April 4, 2003. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 54885-9-I. Division One. August 28, 2006.]

KIM ARNOLD, *Appellant*, v. KATE REZVANI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-35838-1, Terence Lukens, J., entered August 16, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Cox, JJ.

[No. 56322-0-I. Division One. August 28, 2006.]

SCOTT NILSEN ET AL., *Appellants*, v. LONG BEACH MORTGAGE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23132-1, Dean Scott Lum, J., entered May 10, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Cox, JJ.